IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN SALES, LLC, ALLERGAN USA, INC., and FOREST LABORATORIES HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA USA, INC. and AUROBINDO PHARMA LTD.,<br><br>Defendants. | C.A. No. 18-118 (GMS) |

**STIPULATION AND ORDER**

The Court, upon the consent and request of Plaintiffs Allergan Sales, LLC, Allergan USA, Inc. and Forest Laboratories Holdings, Ltd., (collectively, "Plaintiffs") and Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc. (collectively, "Aurobindo"), hereby acknowledges the following Stipulation and issues the following Order.

**STIPULATION**

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiffs and Aurobindo only for the purposes of this action. Venue is proper in this Court as to Plaintiffs and Aurobindo only for the purposes of this action.

2. In this Action, Plaintiffs have charged Aurobindo with infringement of U.S. Patent No. 6,545,040 ("the '040 Patent") in connection with Aurobindo's submission of Abbreviated New Drug Application ("ANDA") No. 211053 directed to generic tablets containing 2.5 milligrams, 5 milligrams, 10 milligrams or 20 milligrams of nebivolol hydrochloride per tablet to the U.S. Food and Drug Administration ("FDA").

3.  Aurobindo admits that the submission of ANDA No. 211053 to the FDA for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale of the generic tablets containing 2.5 milligrams, 5 milligrams, 10 milligrams or 20 milligrams of nebivolol hydrochloride per tablet within the United States before the expiration of the '040 Patent was a technical act of infringement of that patent under 35 U.S.C. § 271(e)(2)(A). This admission is without prejudice to any claim, defense, or counterclaim in any possible future action between Aurobindo and any of the Plaintiffs regarding the '040 Patent and/or a generic nebivolol hydrochloride product other than the generic products that are the subject of ANDA No. 211053.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Aurobindo, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.  The filing of ANDA No. 211053 was a technical act of infringement of the '040 Patent under 35 U.S.C. § 271(e)(2)(A). No decision of the Court has been obtained by either party regarding whether any making, using, selling, or offering to sell within the United States, or importing into the United States, of the generic products described by ANDA 211053 would infringe the '040 Patent.

2.  Aurobindo, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the generic tablet products containing 2.5 milligrams, 5 milligrams, 10 milligrams or 20 milligrams of nebivolol hydrochloride per tablet that are the subject of ANDA No. 211053 during the life of the '040 Patent, including any extensions and pediatric exclusivities, absent a license agreement or other

authorization by Plaintiffs, unless all of the claims of the '040 Patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

3. Plaintiffs and Aurobindo each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

4. This Court retains jurisdiction over Plaintiffs and Aurobindo for purposes of enforcing this Stipulation And Order.

5. This Stipulation And Order shall finally resolve this Action between Plaintiffs and Aurobindo.

6. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between Aurobindo and any of the Plaintiffs regarding the '040 Patent and a product other than the generic tablet products containing 2.5 milligrams, 5 milligrams, 10 milligrams or 20 milligrams of nebivolol hydrochloride per tablet that are the subject of ANDA No. 211053.

7. The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY GALLAGHER LLP |
|---|---|
| */s/ Megan E. Dellinger* <br> Jack B. Blumenfeld (#1014) <br> Megan E. Dellinger (#5739) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> mdellinger@mnat.com <br><br> *Attorneys for Allergan Sales, LLC, Allergan USA, Inc., and Forest Laboratories Holdings, Ltd.* | */s/ Arthur G. Connolly* <br> Arthur G. Connolly (#2667) <br> The Brandywine Building <br> 1000 West Street, Suite 1400 <br> Wilmington, DE 19801 <br> (302) 757-7300 <br> aconnolly@connollygallagher.com <br><br> *Attorneys for Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.* |

September 12, 2018
12195133

SO ORDERED:

This 13th day of September, 2018.

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE